IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICE DEPOT, INC. and NORTH AMERICAN CARD AND COUPON SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS COOK, in his capacity as the Secretary of Finance for the State of Delaware; DAVID GREGOR, in his capacity as the Delaware State Escheator; and MICHELLE M. WHITAKER, in her capacity as the Delaware Abandoned Property Audit Manager,<br><br>Defendants. | C.A. No. 1:16-cv-00609-LPS |

## [P~~ROPOSE~~D] ORDER

Consistent with the opinion and mandate of the Third Circuit in *Office Depot, Inc., et al. v. Secretary of Finance, et al.*, No. 17-1594 (3d. Cir. Jan. 22, 2018),

**IT IS HEREBY ORDERED** that:

1. The Memorandum Opinion (D.I. 32) and the Order (D.I. 33) are vacated solely with respect to those portions relating to Plaintiffs' federal preemption claim.

2. Plaintiffs' federal preemption claim is dismissed without prejudice to it being revived at a later date, if appropriate.

Dated: February 16, 2018

| REED SMITH LLP | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
|---|---|
| */s/ R. Eric Hutz*<br>R. Eric Hutz (#2702)<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Fax: (302) 778-7575<br>ehutz@reedsmith.com | */s/ Caroline Lee Cross*<br>Caroline Lee Cross (#3489)<br>Jennifer R. Noel (#3987)<br>820 N. French Street, 5th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 577-8400<br>Fax: (302)577-8656<br>caroline.cross@state.de.us |

Diane Green-Kelly, admitted *pro hac vice*
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
dgreenkelly@reedsmith.com

*Counsel for Plaintiffs Office Depot, Inc. and North American Card and Coupon Services, LLC*

Steven S. Rosenthal, admitted *pro hac vice*
Tiffany R. Moseley, admitted *pro hac vice*
John David Taliaferro, admitted *pro hac vice*
LOEB & LOEB LLP
901 New York Avenue NW 3rd Floor East
Washington, DC 20001-4432
Telephone: (202) 618-5000
Facsimile: (202) 618-5001
srosenthal@loeb.com
tmoseley@loeb.com
jtaliaferro@loeb.com

Mark S. Cohen, admitted *pro hac vice*
LOEB & LOEB
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200
mscohen@loeb.com

*Counsel for Defendant Thomas Cook, in his capacity as the Secretary of Finance for the State of Delaware, David Gregor, in his capacity as the Delaware State Escheator, and Michelle M. Whitaker, in her capacity as the Delaware Abandoned Property Audit Manager*

IT IS SO ORDERED this 20th day of February, 2018.

_____
Honorable Leonard P. Stark
U.S. District Court Judge